THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| KIRK ARDELL SJODIN JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF UTAH et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br> Case No. 4:23-CV-11-DN <br><br> District Judge David Nuffer |

Plaintiff has not responded to the Court's September 14, 2023, order to within a final thirty days show cause why this case should not be dismissed for failure to comply with the Court's order to submit an initial partial filing fee. (ECF No. 17.) And, Plaintiff has not since updated Plaintiff's address with the Court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number."). Indeed, the latest item that the Court mailed to Plaintiff was returned to sender as undeliverable with no forwarding address for Plaintiff. (ECF No. 18.)

Accordingly, IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 21st day of November, 2023.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge